UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CINDY SCHURE,** | ) | Bankruptcy No. 14-16618 DRC |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 4, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

ROXANNA HIPPLE
KUMOR & HIPPLE PC
303 WEST MAIN STREET
West Dundee, IL 60118

**VIA REGULAR MAIL**

Cindy Schure
1649 COVINGTON COURT
SAINT CHARLES, IL 60174

Arizona Central Credit Union
P.O.Box 11650
Phoenix, AZ 85061

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Midland Credit Management, Inc. as agent for
Midland Funding LLC
PO Box 2011
Warren, MI 48090

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000