# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: SCHURE, CINDY                                            § Case No. 14-16618
                                                                §
                                                                §
                                                                §
Debtor(s)                                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $13,180.00                    Assets Exempt: $3,180.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,037.26      Claims Discharged
                                                Without Payment: $50,486.20

Total Expenses of Administration: $4,795.24

---

    3) Total gross receipts of $ 10,832.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,832.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,795.24 | 4,795.24 | 4,795.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 30,493.40 | 30,493.40 | 6,037.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 26,030.06 | 26,030.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $61,318.70 | $61,318.70 | $10,832.50 |

4) This case was originally filed under Chapter 7 on May 01, 2014. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stanley F. Schure Family Limited Partnership | 1223-000 | 10,832.50 |
| **TOTAL GROSS RECEIPTS** | | **$10,832.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,833.25 | 1,833.25 | 1,833.25 |
| THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 4.62 | 4.62 | 4.62 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,824.50 | 2,824.50 | 2,824.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 36.67 | 36.67 | 36.67 |
| Arthur B. Levine Company | 2300-000 | N/A | 4.11 | 4.11 | 4.11 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 12.60 | 12.60 | 12.60 |
| Rabobank, N.A. | 2600-000 | | N/A | 11.05 | 11.05 | 11.05 |
| Rabobank, N.A. | 2600-000 | | N/A | 11.04 | 11.04 | 11.04 |
| Rabobank, N.A. | 2600-000 | | N/A | 15.52 | 15.52 | 15.52 |
| Rabobank, N.A. | 2600-000 | | N/A | 14.92 | 14.92 | 14.92 |
| Rabobank, N.A. | 2600-000 | | N/A | 16.96 | 16.96 | 16.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $4,795.24 | $4,795.24 | $4,795.24 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 1,019.52 | 1,019.52 | 201.85 |
| 3P | Internal Revenue Service | 5800-000 | N/A | 29,473.88 | 29,473.88 | 5,835.41 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $30,493.40 | $30,493.40 | $6,037.26 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 101.55 | 101.55 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 860.94 | 860.94 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 479.74 | 479.74 | 0.00 |
| 4 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 6,446.87 | 6,446.87 | 0.00 |
| 5 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 13,006.31 | 13,006.31 | 0.00 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 730.58 | 730.58 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 7 | Arizona Central Credit Union | 7100-000 | N/A | 4,404.07 | 4,404.07 | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $26,030.06 | $26,030.06 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16618  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** SCHURE, CINDY  **Filed (f) or Converted (c):** 05/01/14 (f)
  **§341(a) Meeting Date:** 06/02/14
**Period Ending:** 12/16/16  **Claims Bar Date:** 03/31/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant Land: 1/2 acre lot located in Durango, CO co-owned w/ brother)1/2 Interest | 10,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Citibank | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit: Held By Landlord | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture: Household goods, Appliances, Office | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Books-Music: DVD, Movies, Books | 80.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes: | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Sports-Hobby Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Animals: 2 dogs, 2 cats | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Stanley F. Schure Family Limited Partnership (u) | 25,000.00 | 25,000.00 | | 10,832.50 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$38,180.00** | **$25,000.00** | | **$10,832.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Hearing to approve compromise and sale of the Debtor's interest in the Stanley F. Schure Family Limited Partnership to another member of the partnership is 01/15/16. Debtor has also agreed to turnover her distribution check when received in April, 2016 which is estimated to be $2,000

**Initial Projected Date Of Final Report (TFR):**   December 15, 2015   **Current Projected Date Of Final Report (TFR):**   September 6, 2016  (Actual)

Printed: 12/16/2016 01:52 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-16618  
**Case Name:** SCHURE, CINDY  

**Taxpayer ID #:** **-***5335  
**Period Ending:** 12/16/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****963166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/16 | {9} | MaryKay Worthington | Settlement Pursuant to Order | 1223-000 | 8,000.00 | | 8,000.00 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-16618, Bond Premium | 2300-000 | | 4.11 | 7,995.89 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,985.89 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.60 | 7,973.29 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.05 | 7,962.24 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.04 | 7,951.20 |
| 06/08/16 | {9} | Stanley F. Schure Family LP, Mary Kay Worthington GP | Liquidation of Personal Property | 1223-000 | 2,832.50 | | 10,783.70 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.52 | 10,768.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.92 | 10,753.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.96 | 10,736.30 |
| 11/11/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,824.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,824.50 | 7,911.80 |
| 11/11/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $36.67, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 36.67 | 7,875.13 |
| 11/11/16 | 104 | Illinois Department of Revenue | Dividend paid 19.79% on $1,019.52; Claim# 1P; Filed: $1,019.52; Reference: | 5800-000 | | 201.85 | 7,673.28 |
| 11/11/16 | 105 | Internal Revenue Service | Dividend paid  19.79% on $29,473.88; Claim# 3P; Filed: $29,473.88; Reference: | 5800-000 | | 5,835.41 | 1,837.87 |
| 11/11/16 | 106 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,837.87 | 0.00 |
| | | | Dividend paid 100.00%    1,833.25 on $1,833.25;  Claim# ; Filed: $1,833.25 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    4.62 on $4.62;  Claim# ; Filed: $4.62 | 2200-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 10,832.50 | 10,832.50 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 10,832.50 | 10,832.50 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$10,832.50** | **$10,832.50** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-16618 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** SCHURE, CINDY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****963166 - Checking Account |
| **Taxpayer ID #:** **-***5335 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/16/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****963166** | 10,832.50 | 10,832.50 | 0.00 |
| | $10,832.50 | $10,832.50 | $0.00 |

{} Asset reference(s)

Printed: 12/16/2016 01:52 PM   V.13.28